PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 15 2006

at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

# United States District Court

for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: MIN KI KIM    Case Number: CR 02-00423DAE-05

Name of Sentencing Judicial Officer:  The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence: 3/18/2004

Original Offense:  Uttering Counterfeit Obligations With Intent to Defraud the United States, in violation of 18 U.S.C. § 472, a Class C felony

Original Sentence:  Six (6) months imprisonment, to be followed by three (3) years of supervised release with the following special conditions:  1) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 2) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; 3) That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office; 4) Defendant shall participate in a substance abuse program, and submit to random drug testing for the entire three (3) years at the discretion and direction of the Probation Office; 5) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 6) Total restitution of $12 is owed jointly and severally with co-defendant: Joey G. Seson to the Stop Light Exotic Night Club.  Any remaining balance upon release from confinement shall be paid on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

Prob 12B
(7/93)

2

<u>Type of Supervision:  Supervised Release    Date Supervision Commenced:  7/22/2004</u>

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

General Condition: *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).*

Special Condition No. 4: *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

## CAUSE

Normally substance abuse counseling and drug testing is completed within the first year of supervision. Because Your Honor ordered random drug testing for the entire three (3) years of supervision, our office continued the subject in testing at Hina Mauka. However, in light of <u>U.S. vs. Stephens</u>, it would be appropriate to terminate random drug testing at Hina Mauka but continue random testing through our office. The subject has done well in testing at Hina Mauka for two (2) years. To his credit, the subject appears to be drug-free as established by random urinalysis and only missed one (1) drug test since the start of supervision.

Our office is requesting that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing over the last year of supervision. We are also requesting that Special Condition No. 4 be revised to include updated language. Our office will continue to random drug test the subject on at least a quarterly level for the remainder of his supervision term.

Prob 12B
(7/93)

3

As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 8/8/2006

THE COURT ORDERS:

[ X ] The Modification of Conditions as Noted Above
[ ]   Other

DAVID ALAN EZRA
U.S. District Judge

8-14-06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition:*   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).

*Special Condition No. 4:*   That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Witness: _____
FRANK M. CONDELLO, II
U.S. Probation Officer

Signed: _____
MIN KI KIM
Supervised Releasee

5/18/06
Date